

Ariel Lavia Gold <ariel@globalrightscontrol.com>

## Use of Minden's Image by Birds by Joe (Ref: M_ALG_202211_40)
5 messages

**Ariel Lavia Gold** <ariel@globalrightscontrol.com>    Thu, Dec 1, 2022 at 8:00 AM
To: service@birdsbyjoe2.com
Cc: Legal <legal@globalrightscontrol.com>

December 1, 2022

Dear Mr. Davis:

I work with Global Rights Control, LLC (GRC) which is authorized by Minden Pictures, Inc. ("Minden") to handle possible copyright infringements on behalf of the photographers they represent. The possible copyright infringement which is the subject of this email impacts the photographer Ingo Arndt.

To view the image and the usages found on your company's website, please see the attached screenshots. The URL to which the image is being displayed on your website is: https://www.birdsbyjoe.com/amazons. The image at issue is registered timely with the US Copyright Office under VA 1-702-510.

Using a photograph without a valid license is an infringement of the photographer's rights under the US Copyright Act, Title 17, United States Code. Minden has authorized GRC to seek compensation for infringing uses in order to protect the interests, intellectual property, and livelihoods of the photographers with whom they work.

In the absence of a valid license, the owner or representative of the site is responsible for the unauthorized use of the image, including those cases where a third-party, like an employee, intern, or website designer/marketing company, has posted the image to the site. Unfortunately, use of the image based on the belief that a license was not necessary does not relieve your company of its financial obligation to the photographer.

If you licensed the image under an alternate company name or in the name of a third party, please reply to this email with all applicable information for GRC and Minden to review. If you do not have a license for the use of the image a fee of US $3,000.00 and immediate removal of the image from your website is required to resolve this matter.

We are aware that this is a difficult time that continues to impact us all, including the photographers who have been restricted from taking on new work. As such, I will do my best to work with you to find a resolution that is acceptable to all.

I can be reached at 347-391-1819 or ariel@globalrightscontrol.com.

On behalf of GRC, Minden, and the photographers it represents, we look forward to helping you reach an amicable resolution of this matter.

Sincerely,

Ariel Gold
License Compliance Manager
Global Rights Control
https://www.rightscontrol.com/en/
p: (347)-391-1819
e: ariel@globalrightscontrol.com

To resolve this matter (CASE REF: **M_ALG_202211_40**):

**If you have authorization to use the image**, please email the license and authorization details to ariel@globalrightscontrol.com within 10 days of the date of this email.

**If you do not have authorization to use the image**, please remove the image immediately from your site and remit the $3,000.00 settlement to us within 10 days of the date of this email. For the avoidance of doubt, removing the image from your site does not release your company from its responsibility to pay for the image already used. We can provide a release and settlement agreement for signature by you and Minden.

**Frequently Asked Questions:**

**What is Global Rights Control?**
Global Rights Control, LLC (GRC) is a member of a global alliance of high-end photographic agencies, Rights control, engaged in copyright protection on behalf of the photographers and their legitimate representatives. GRC's mission is to help ensure copyright protection of professional rights holders by pursuing infringement on their behalf and recoupling them with lost license fees. GRC hopes that its help will have an impact on user behavior and assumptions that creative content on the internet is free to use. GRC believes in the power of photography and the value in creativity.

**What is Minden?**
Minden Pictures is recognized globally for its premium collection of wildlife and nature stock photos and feature stories. Its coverage includes key aspects of natural history, biodiversity and endangered species from all continents including many remote and isolated regions. Minden Pictures features images of human interaction with the natural world highlighting natural science and conservation research, environmental issues, indigenous peoples and eco travel. Its customers include leading book and magazine publishers, calendar companies and conservation non-profits world-wide.

**Why is Minden contacting me?**
Your website was recognized by an internet service that Minden uses to identify online uses of the images they represent. After notification by this service and upon review of their records there is no reference of a valid license for the use of the image identified online.

**What if I didn't know?**
The liability for any infringement ultimately falls on the company (the end user), regardless of your relationship to the person who posted it. You may not have been aware that this material was subject to licensing. The Copyright Act treats infringements as "no fault," meaning anyone who copies, displays, or publicly distributes a photograph without permission infringes the copyright whether they were aware that the use was infringing or not.

**What if I simply remove the image?**
While we appreciate your removing the image in question from your site, we nonetheless require compensation for the unauthorized use while it was on your site. Your company has benefited by using the image without permission. As the unauthorized use has already occurred, payment for that benefit is necessary.

**What if I need to speak further with somebody to discuss this matter?**
Please email us at ariel@globalrightscontrol.com or call 347-391-1819.

**2 attachments**


**00762346 Server.png**
4596K


**00762346 Display.png**
5563K

---

**Ariel Lavia Gold** <ariel@globalrightscontrol.com>                                                   Thu, Dec 15, 2022 at 9:33 AM
To: service@birdsbyjoe2.com
Cc: Legal <legal@globalrightscontrol.com>

December 15, 2022

Dear Mr. Davis:

Since sending you our notice of infringement dated December 1, 2022 and leaving you a message last week, we see that the photographer's copyrighted image remains posted on your website, and the fee required to settle this matter in the amount of $3,000.00 remains unpaid. We do not find a valid license for this use, therefore we believe the use to be an infringement of the photographer's copyrighted work. Your continued refusal to remove the imagery in question, as well as non-payment of the settlement, could impose further legal and financial liabilities from this infringement of copyright.

The unauthorized use of copyright protected materials entitles the copyright holder to pursue remedies for their damages, some as far as litigation proceedings in federal court. Most of these remedies are civil remedies, which we are trying to help facilitate. We are authorized by the photographer represented in this claim to pursue copyright infringements of their intellectual property. Cessation of your use of the copyrighted image alone is not sufficient as this image must always be licensed and paid for. As you have used the image without license, you are now liable for all relevant fees associated with your unauthorized use.

If a valid license does in fact exist, please send it to us at your earliest opportunity for our review. If, however, a license does not exist, the fee referenced above, as well as the immediate removal of the image from your site, is required in order to amicably settle this matter. Once a settlement is agreed we will provide you with a Release and Settlement Agreement.

You have been provided with all relevant information needed to verify the justification of our claim and have been given ample time to investigate this claim. This issue must now be resolved without further delay, without which this offer to settle shall be withdrawn.

Our clients are committed to protecting the intellectual property rights and livelihood of the photographers whose work they exclusively represent. Either we can work together to bring this to an amicable conclusion, including the fee to reimburse the copyright holder for your unauthorized use of their intellectual property, or you thereby accept further legal and financial liability. This letter is without prejudice and does not affect Minden's rights and remedies, all of which are expressly reserved.

Sincerely,

Ariel Gold
License Compliance Manager
Global Rights Control
https://www.rightscontrol.com/en/
p: (347)-391-1819
e: ariel@globalrightscontrol.com

[Quoted text hidden]

---

**Ariel Lavia Gold** <ariel@globalrightscontrol.com>                    Thu, Dec 22, 2022 at 9:17 AM
To: service@birdsbyjoe2.com
Cc: Legal <legal@globalrightscontrol.com>

December 22, 2022

Dear Mr. Davis:

Despite our previous notices my client's image remains on your website even though you have not presented a license showing that you are able to use it. As previously explained, using an image that you do not have license to use is a violation of the copyright holder's federally granted rights. Many issues such as this are fought in federal court, but most copyright infringement matters such as this are handled civilly, which is what we are trying to help you accomplish.

We have offered you a settlement of this infringement matter that requires that you both remove the image from your website and pay a settlement fee of $3,000.00. My client, like you, is a small business and your use of the image without proper licensing damages their business.

We will continue to pursue this matter during the course of our business until it is resolved which may include escalated proceedings. However it remains our intent to work with you to resolve this matter amicably.

Sincerely,

Ariel Gold
License Compliance Manager
Global Rights Control
https://www.rightscontrol.com/en/
p: (347)-391-1819
e: ariel@globalrightscontrol.com

[Quoted text hidden]

---

**Ariel Lavia Gold** <ariel@globalrightscontrol.com>    Thu, Jan 5, 2023 at 10:02 AM
To: service@birdsbyjoe2.com
Cc: Legal <legal@globalrightscontrol.com>

January 5, 2023

Mr. Davis,

Despite our previous notices my client's image remains on your website even though you have not presented a license showing that you are able to use it. As previously explained, using imagery that you do not have license to use is a violation of the copyright holder's federally granted rights. Continued refusal to remove the images and pay the fee for your unlicensed use of the imagery could impose escalated liabilities from this copyright infringement.

Copyright holders have certain legal protections that allow the owners to pursue legal remedies for violations of their rights. Some owners are able to pursue legal remedies in the court system for violations of the federal copyright law, which means that you could be sued for violating the law. Most of these legal remedies are civil remedies, which we are trying to help facilitate.

We act on behalf of our represented photographers who are entitled to compensation for the use of their intellectual property. Please understand we stand to protect our photographers from copyright infringement even if it was unintentional. Absent proof that a valid license was secured prior to the start of use for the imagery in question, your use is a violation of the law, and our client deserves compensation.

Resolution includes both removal of the infringing imagery and payment of the $3,000.00 fee for the prior unauthorized use.

Sincerely,

Ariel Gold
License Compliance Manager
Global Rights Control
https://www.rightscontrol.com/en/
p: (347)-391-1819
e: ariel@globalrightscontrol.com

[Quoted text hidden]

---

**Ariel Lavia Gold** <ariel@globalrightscontrol.com>    Thu, Jan 19, 2023 at 9:40 AM
To: service@birdsbyjoe2.com
Cc: Legal <legal@globalrightscontrol.com>

January 19, 2023

Mr. Davis,

We have given you ample notice regarding this matter, and we do not have the luxury of waiting indefinitely. It is your choice as to how to proceed. Either we can work together to bring this to an amicable conclusion, including your immediate removal of the imagery and your payment of the $3,000.00 settlement fee to reimburse the copyright holder for your unauthorized use of their intellectual property, or you can keep your company open to further legal and financial liability. We are willing to work with you to settle this matter amicably, so if you are able to make a counteroffer we are happy to entertain it, but if we do not hear from you within one week of today we are prepared to litigate in order to reach a final determination. Our client reserves all their rights under Title 17 of the Federal Copyright Act for possible escalated proceedings.

Case 3:24-cv-00612-ZNQ-RLS    Document 47-2    Filed 03/11/25    Page 5 of 5 PageID: 427

Sincerely,

Ariel Gold
License Compliance Manager
Global Rights Control
https://www.rightscontrol.com/en/
p: (347)-391-1819
e: ariel@globalrightscontrol.com

[Quoted text hidden]