**JeneyLaw, L.L.C.**
**Attorneys At Law**
**1953 Westfield Avenue**
**2nd Floor**
**Scotch Plains, New Jersey 07076**
**jeneylaw.com**

**Robert J. Jeney, Jr.**                                                          **Telephone**
robertjeney@jeneylaw.com                                               **(908) 322-9191**
**Carol A. Jeney**                                                                   **Facsimile**
caroljeney@jeneylaw.com                                               **(908) 322-2036**

April 9, 2025

Magistrate Rukhsanah L. Singh
Clarkson S. Fisher Building
& US Court House
402 E. State Street
Trenton, New Jersey 08608

Re:    Minden Pictures v. Birds by Joe, L.L.C.
       Docket No. 3:24-cv-00612-ZNG-RLS

Dear Magistrate Singh:

This matter is scheduled for a settlement conference before you on April 15, 2025. Just yesterday, I was contacted by my client's insurance company and advised that there may be coverage for this claim. The company is in the process of determining the coverage issue but will not be able to be onboard by the 15th. I also will be unable to discuss any settlement. My adversary does nopt consent to the adjournment.

Respectfully submitted,

/S/    ROBERT J. JENEY, JR.