

CopyCat Legal PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065

T 877-HERO-CAT (877-437-6228)
E pleadings@copycatlegal.com
E joboyle@oboylelawfirm.com

June 10, 2025

**VIA ECF**

Magistrate Judge Rukhsanah L. Singh
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 7
Trenton, NJ 08608

***RE: David Birenbaum v. MINDEN PICTURES, INC. v. BIRDS BY JOE II LLC (Case No. 3:24-cv-00612-ZNQ-RLS)***

Dear Judge Singh:

     This law firm represents plaintiff Minden Pictures ("Plaintiff") in the above matter. On May 1, 2025, the Court entered an Order Setting Settlement Conference [D.E. 56], scheduling the settlement conference for July 9, 2025 at 11:30 am in Courtroom 7W of the Clarkson S. Fisher Building & U.S. Courthouse.

     As the Court knows, the settlement conference was previously set for April 15, 2025 via Microsoft Teams as a result of undersigned counsel residing in Florida and Plaintiff's corporate representative residing in California.

     Given the above, Plaintiff respectfully requests that the Court enter an Order: (a) granting this request and (b) allowing all parties and their respective counsel to attend the July 9, 2025 conference via Microsoft Teams, telephonically, or some other remote means. I have conferred with counsel for Defendants who does not oppose/agreed to the request for remote attendance. Thank you.

                                                  Respectfully submitted,

                                                  Daniel DeSouza, Esq.